**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **JEHAN ALI HRAIGA OLEIWI,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSHUA MARX**<br>*Field Office Director, U.S. Citizenship and Immigration Services, Minneapolis, MN*<br><br>**KIKA SCOTT**<br>*Acting Director, U.S. Citizenship and Immigration Services, Washington, D.C.*<br><br>**KRISTI NOEM**<br>*Secretary, Department of Homeland Security, Washington, D.C.*<br><br>Defendants. | Case No.: 25-CV-3290 (SRN/ECW)<br><br>**ORDER** |

Based on the Joint Stipulation for Dismissal filed by Plaintiff, Jehan Ali Hraiga Oleiwi, and Defendants, Joshua Marx, Kika Scott, and Kristi Noem, (Doc. No. 21), **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED without prejudice**, and without costs, disbursements, interest, or fees to any party.

Dated: Tuesday, October 20, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge